UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOSE GUILLERM SILVA-MARTINEZ,<br><br>          Plaintiff,<br><br>          v.<br><br>VICTORVILLE FCI MEDIUM II WARDEN, et al.,<br><br>          Defendants. | Case No. 5:25-cv-01366-SVW-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Under 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative Second Amended Complaint (Dkt. 8) and the Report and Recommendation of the magistrate judge (Dkt. 10, "Report"). Plaintiff did not file a timely objection to the Report. The Report is approved and accepted.

Therefore, IT IS HEREBY ORDERED that Judgment shall be entered dismissing this action with prejudice.

Dated: November 6, 2025

_____
STEPHEN V. WILSON
United States District Judge