JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOSE GUILLERM SILVA-MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>VICTORVILLE FCI MEDIUM II WARDEN, et al.,<br><br>　　　　　Defendants. | Case No. 5:25-cv-01366-SVW-JDE<br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT this action is DISMISSED with prejudice.

Dated: November 6, 2025

_____
STEPHEN V. WILSON
United States District Judge